**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-6959**

—————

WILLIAM HAROLD PEOPLES,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA; ARTHUR F. BEELER,
Warden,

Respondents - Appellees.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge.  (CA-03-229)

—————

Submitted:  August 14, 2003          Decided:  August 22, 2003

—————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

William Harold Peoples, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William H. Peoples seeks to appeal the district court's order accepting the magistrate judge's recommendation to dismiss his 28 U.S.C. § 2254 (2000) petition. Peoples cannot appeal this order unless a circuit judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). An appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Peoples has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2